UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE LORD ABBETT MUTUAL FUNDS FEE LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | MASTER FILE: 04-CV-0559 (WJM)<br><br>ORDER<br><br>HON. WILLIAM J. MARTINI |

For the reasons stated in the accompanying Opinion, and for good cause shown,

**IT IS** on this 30th day of August 2005, hereby

**ORDERED** that Defendants' motions to dismiss the Complaint pursuant to Federal Rules of Civil Procedure 8(a), 9(b), 12(b)(6), and 23.1 are **GRANTED IN PART** and **DENIED IN PART** as set forth in the accompanying Opinion and, accordingly, Counts One, Two, Five, and Seven through Ten of the Consolidated Amended Class Action Complaint are **DISMISSED** and Counts Three and Four are **DISMISSED WITHOUT PREJUDICE**; and it is further

**ORDERED** that Plaintiffs may file an amended Complaint within thirty (30) days of the date of this Order consistent with the accompanying Opinion.

s/William J. Martini
**William J. Martini, U.S.D.J.**

cc:   The Honorable Ronald J. Hedges, U.S.M.J.