**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE LORD ABBETT MUTUAL FUNDS FEE LITIGATION**<br><br>**THIS DOCUMENT RELATES TO: ALL ACTIONS** | **MASTER FILE: 04-CV-0559 (WJM)**<br><br>**ORDER**<br><br>**HON. WILLIAM J. MARTINI** |

For the reasons stated in the accompanying Amended Opinion, and for good cause shown, it is hereby

**ORDERED** that Defendants' motions to dismiss the Complaint pursuant to Federal Rules of Civil Procedure 8(a), 9(b), 12(b)(6), and 23.1 are **GRANTED IN PART** and **DENIED IN PART** as set forth in the accompanying Amended Opinion and, accordingly, Counts One, Two, Five, and Seven through Ten of the Consolidated Amended Class Action Complaint are **DISMISSED** and Counts Three and Four are **DISMISSED WITHOUT PREJUDICE**; and it is further

**ORDERED** that Plaintiffs may file an Amended Complaint within thirty (30) days of the date of this Order consistent with the accompanying Amended Opinion and this Court's Opinion Granting in Part and Denying in Part Defendants' Motion for Reconsideration.

**Dated:** December 28, 2005

s/ William J. Martini
**William J. Martini, U.S.D.J.**

cc: The Honorable Ronald J. Hedges, U.S.M.J.