**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE LORD ABBETT MUTUAL FUNDS FEE LITIGATION**<br><br>**THIS DOCUMENT RELATES TO: ALL ACTIONS** | **MASTER FILE: 04-CV-0559 (WJM)**<br><br>**ORDER**<br><br>**HON. WILLIAM J. MARTINI** |

**THIS MATTER** having been brought before the Court by Defendants Lord, Abbett & Co. LLC, Lord Abbett Distributor LLC, Robert S. Dow, and the individual defendants identified in the Consolidated Amended Class Action Complaint as "The Partners" (collectively, the "Lord Abbett Defendants"), for an Order clarifying this Court's opinion and order entered December 28, 2005 granting in part and denying in part defendants' motion for reconsideration pursuant to L. Civ. R. 7.1(i) (the "December 28th Order"), and the Court having considered the moving papers submitted by the Lord Abbett Defendants and the opposition papers submitted by plaintiffs, and for good cause shown,

**IT IS** on this 19th day of April 2006, hereby

**ORDERED** that Lord Abbett Defendants' motion seeking clarification of the Deceember 28th Order is **GRANTED**; and

**IT IS FURTHER ORDERED** that the Court declares that the December 28th Order held that defendants' argument that SLUSA preempts entire actions rather than claims was not sufficient to require reconsideration pursuant to L. Civ. R. 7.1(i) but did not rule on the merits of that argument and that, accordingly, defendants may present this argument for the Court's *de novo* consideration.

s/ William J. Martini

**William J. Martini, U.S.D.J.**