UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE LORD ABBETT MUTUAL FUNDS FEE LITIGATION**<br><br>**THIS DOCUMENT RELATES TO: ALL ACTIONS** | **MASTER FILE: 04-CV-0559 (WJM)**<br><br>**ORDER**<br><br>**HON. WILLIAM J. MARTINI** |

For the reasons stated in the accompanying Opinion, and for good cause shown,

**IT IS** on this 4th day of December, 2006, hereby,

**ORDERED** that the Court's previous Opinion and Order allowing Plaintiffs leave to replead Counts Three and Four of their Consolidated Amended Class Action Complaint is **VACATED**; and

**IT IS FURTHER ORDERED** that Defendants' motions to dismiss this action pursuant to the Securities Litigation Uniform Standards Act of 1988, 15 U.S.C. § 78bb(f), is **GRANTED**; and

**IT IS FURTHER ORDERED** that this action is **DISMISSED WITH PREJUDICE**.

s/ William J. Martini  
**William J. Martini, U.S.D.J.**

cc:     The Honorable Mark Falk, U.S.M.J.