UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE LORD ABBETT MUTUAL FUNDS FEE LITIGATION | *(Document Filed Electronically)* <br> Civil Action No. 04-cv-00559 <br> (WJM) <br> (Consolidated Cases) |
| This Document Relates to: All Actions | Hon. William J. Martini |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Plaintiffs Richard Curtis and Joseph C. White[1], by their attorneys, hereby voluntarily dismiss their underlying action, *White v. Lord Abbett & Co., LLC*, *et. al.*, (WJM-MF) (D.N.J. filed February 9, 2004) (Case No. 2:04-CV-00559) with prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i), with each party to bear its own costs and attorneys' fees. Defendants have not served an answer nor have Defendants moved for summary judgment. Entry of this notice on the docket shall automatically end this action thereby foreclosing any and all claims each party may have against the other, including any subsequent motions for the imposition of sanctions pursuant to Fed R. Civ. P. Rule 11.

Dated: August 9, 2010

        **SHALOV STONE BONNER & ROCCO LLP**

        */s/ Patrick L. Rocco*
By:  Patrick L. Rocco (PR-8621)
     65 Madison Avenue, Suite 333
     Morristown, NJ 07960
     *Liaison Counsel For Plaintiffs*

     **MILBERG LLP**
     Jerome M. Congress
     Janine L. Pollack
By:  One Pennsylvania Plaza
     New York, NY 10119
     Tel: 212-594-5300 / Fax: 212-868-1229
     *Chairman of the Executive Committee of Plaintiffs' Counsel*

---

[1] The other named Plaintiffs-Josephine Logan, Robert Bortner, James A. Pingitore, and Philip Katz-no longer hold shares of Defendants' funds.

## LORD ABBETT & CO. LLC SERVICE LIST

### Counsel for Defendants

Christopher A. Barbarisi, Esq.
**K& L Gates LLP**
One Newark Center, Tenth Floor
Newark, NJ 07102
cbarbarisi@klng.com

**Wilmer Cutler Pickering Hale
 & Dorr LLP**
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006

Jeffrey B. Maletta, Esq.
**K& L Gates LLP**
1601 K Street
Washington, DC 20006-1600
jmaletta@klng.com

Mary Sue Henifin, Esq.
**Buchanan Ingersoll PC**
700 Alexander Park, Suite 300
Princeton, NJ 08540
mary.henifin@bipc.com

### Counsel for Plaintiffs

Jerome M. Congress
Janine L. Pollack
**MILBERG LLP**
One Pennsylvania Plaza
New York, NY 10119
JCongress@milbergweiss.com
JPollack@milbergweiss.com

Samuel H. Rudman
**ROBBINS GELLER RUDMAN
 & DOWD LLP**
655 West Broadway, Suite 1900
San Diego, CA 92101
srudman@lerachlaw.com

Richard Acocelli
**WEISS & LURIE**
551 Fifth Avenue
New York, NY 10176
Racocelli@weisslurie.com

Joseph J. DePalma
**LITE DEPALMA GREENBERG
& RIVAS, LLC**
Two Gateway Center, 12th Floor
Newark, NJ 07102
jdepalma@ldgrlaw.com

Marvin L. Frank
Brian Murray
**MURRAY, FRANK
& SAILER LLP**
275 Madison Avenue
New York, NY 10016
bmurray@murrayfrank.com

David Brower
**BROWER PIVEN**
A Professional Corporation
1925 Old Valley Road
Stevenson, MD  21153
piven@browerpiven.com
brower@browerpiven.com

Michael M. Goldberg
**GLANCY BINKOW & GOLDBERG
LLP**
1801 Avenue of the Starts, Suite 311
Los Angeles, CA 90067
mmgoldberg@glancylaw.com

Marc A. Topaz
**BARROWAY TOPAZ KESSLER
MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087

Gary S. Graifman
**KANTROWITZ, GOLDHAMER
& GRAIFMAN**
210 Summit Avenue
Montval, NJ 07645
ggraifman@kgglaw.com

David R. Scott
Erin Comite
**SCOTT + SCOTT, LLC**
108 Norwich Avenue
Colchester, Connecticut 06415-1269
ecomite@scott-scott.com

Jules Brody
Aaron Brody
Mark Levine
**STULL, STULL & BRODY**
6 East 45th Street, Suite 500
New York, NY 10017
mlevine@ssbny.com

Arthur L. Shingler, III
**SCOTT + SCOTT, LLC**
600 B Street
San Diego, CA 92101-4596
ashingler@scott-scott.com

DOCS\524378v1

## CERTIFICATE OF SERVICE

      I hereby certify that on August 9, I caused a true and correct copy of **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** to be filed with the Clerk of Court via the CM/ECF system, which will deliver electronic copies to all Counsel of record registered with CM/ECF.

Dated:  August 9, 2010

                                              /s/ *Patrick L. Rocco*